**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**KATY WALLACE on behalf of himself**
**or herself and all other similarly**
**situated consumers**

                               **Plaintiff(s),**

                                            **Case# 1:20-cv-01144-ARR-RLM**

      **-against-**

**FIDELITY CAPITAL HOLDINGS, INC.**

                               **Defendant.**
_____

## <u>NOTICE OF MOTION FOR DEFAULT</u>
## <u>JUDGMENT</u>

      **PLEASE TAKE NOTICE** that Plaintiff Katy Wallace will move before the Honorable

Allyne R. Ross, United States District Court Judge, United States District Court for the Eastern

District of New York  located at 225 Cadman Plaza East Brooklyn, NY 11201 on a date and

time to be set by the Court, for entry of a default judgment in favor of Plaintiff pursuant to

Rule 55 of the Federal Rules of Civil Procedure granting a default judgment against defendant

**FIDELITY CAPITAL HOLDINGS, INC.** by reason of said their failure to have answered

the Complaint in this action.

      In support of this Motion, Plaintiffs rely upon the contemporaneously filed

Memorandum of Law in Support of Plaintiffs' Motion for Default Judgment, and the

contemporaneously filed Declaration of Jacob Silver Esq. in Support of Plaintiffs' Motion for

Default Judgment, together with the exhibits annexed thereto, and the Complaint filed herein.

Plaintiff attaches the following in support of this motion:

    A.  Declaration of Jacob Silver including attachments thereto as follows:

        Exhibit A: Time Records for Jacob Silver

        Exhibit B: Cost Documentation or Records for Jacob Silver

    B.  Memorandum of Law

Plaintiff's counsels fees and costs are summarized below:

|  | Hours | Rate | Extended |
|---|---|---|---|
| Jacob Silver | 15.8 | $500 | $7900.00 |
| Costs: |  |  | $460.00 |
| Statutory Damages: |  |  | $1000.00 |
| Total Award: |  |  | $9,360 |

The reasonableness of the hours listed above is based on Plaintiffs' counsel's contemporaneous time records which are attached hereto and which reflect the hours spent on the instant litigation. As detailed in the attached documents, the work performed was all reasonably necessary and the hourly rates are commensurate with the experience, skills and qualifications of the individuals performing the task and constitute the reasonable, fair market rates of the individuals involved. The hours set forth in the time records are not "excessive, redundant or

unnecessary."


Dated: Nassau, New York
      June 11, 2020

/S Jacob Silver
_____

Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 534-0057 – Fax
silverbankruptcy@gmail.com