UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATY WALLACE on behalf of himself or herself and all other similarly situated consumers

                              Plaintiff(s),

   -against-

FIDELITY CAPITAL HOLDINGS, INC.

                              Defendant.

---

Case# 1:20-cv-01144-ARR-RLM

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) except that the parties may move to reopen the case by February 30, 2021, if any issues arise regarding the resolution agreed to between the parties.

Dated: Nassau, New York
        September 24, 2020

---

Fidelity Capital Holdings, Inc.
By: Clinton J. Sallee, President
441 N Varney St.
Floor #2
Burbank, CA 91502-1733
(818) 502-1981

/S Jacob Silver

Jacob Silver
Attorney At Law
Attorney For Plaintiff
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 534-0057 – Fax
silverbankruptcy@gmail.com