So Ordered;

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J

9/29/20

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

KATY WALLACE on behalf of himself
or herself and all other similarly
situated consumers

                  Plaintiff(s),

    -against-

FIDELITY CAPITAL HOLDINGS, INC.

                Defendant.

---

Case# 1:20-cv-01144-ARR-RLM

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice

pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) except that the parties may move

to reopen the case by February 30, 2021, if any issues arise regarding the resolution agreed to

between the parties.

Dated: Nassau, New York
       September 24, 2020

Fidelity Capital Holdings, Inc.
By: Clinton J. Sallee, President
441 N Varney St.
Floor #2
Burbank, CA 91502-1733
(818) 502-1981

/S Jacob Silver

Jacob Silver
Attorney At Law
Attorney For Plaintiff
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
(718) 534-0057 – Fax
silverbankruptcy@gmail.com